Stanford El Christopher MCPHER-
SON, Jr., a/k/a Chris Rattis,
Plaintiff—Appellant,

v.

Joi Crystal NORFLEET; Errol Dawson
Jarman, Agent, "S.B.I"; Scott David
Sikkink, Det.; Tabitha Ann Adkins,
Defendants—Appellees.

No. 06–6608.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Aug. 30, 2006.

Stanford El Christopher McPherson,
Jr., Appellant Pro Se.

Before KING, SHEDD, and DUNCAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Stanford El Christopher McPherson,
Jr., appeals the district court's order deny-
ing his attempt to file motions in his 42
U.S.C. § 1983 (2000) complaint that had
been dismissed in 2004. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *McPher-
son v. Norfleet,* No. 5:04–ct–00713–H
(E.D.N.C. filed Mar. 28, 2006 & entered
Mar. 29, 2006). We deny McPherson's
motion for appointment of counsel and dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*